**Record of Conference and Orders: Vera M. Scanlon, USMJ**    Date: 12/11/2018

Case: Give and Go Prepared Foods Corp. et al    Status Conference @ 11:30 AM

Civ.: 1:18-cv-03264-MKB-VMS

**ECF Recording in 13A South:**    □ Telephone Conference    ☑ In-person Conference

**Counsel:** *(See separately docket entry or document for specific appearances)*

☑ Counsel for Plaintiff(s) □ Pro Se Plaintiff(s) ☑ Counsel for Defendant(s) □ Pro Se Defendant(s)

**Conference Type:**

□ Initial Conference □ Status Conference □ Settlement Conference □ Motion Hearing ☑ Discovery Conference □
□ JPTO Conference    □ Other _____

**Further to the conference, discovery and other scheduling dates are as follows:**
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

□ Motions decided on the record    _____

□ Rule 26(a) disclosures, incl. supplements    _____

□ Document requests to be served    _____

□ Interrogatories to be served    _____

□ Amended pleadings, incl. joinder    □ To be served    □ To be filed

    □ Complaint □ Answer    □ On consent □ By motion □ By PMC letter

□ Joint status letter □ Stip of dismissal to be filed

☑ Status conference    Date: 3/20/19 Time: noon

    ☑ In person ☑ Telephone (718) 613-2300    To be organized by:

□ Specific depositions to be held    _____

☑ Fact discovery closes    4/1/19

☑ Expert disclosures to be served    2/1/19

☑ Initial expert report(s) to be served    4/12/19

☑ Rebuttal expert report(s) to be served    5/13/19

□ Expert discovery closes    5/31/19

□ All discovery closes    5/31/19

☑ Joint letter confirming discovery is concluded    5/31/19

□ Summary judgment to be initiated    ☑ PMC letter □ Briefing  6/14/19

□ Joint pre-trial order to be filed    □ Letter for conference ☑ Proposed JPTO  7/12/19

□ Proposed confidentiality order to be filed    _____

□ Consent to Magistrate Judge to be filed    _____

☑ Settlement Conference    Date:    Time:

Page 1 of 2

**Vera M. Scanlon, USMJ**
**Conference Orders, Continued**

Case: _Give it Go_   Civ. A. _18 - 3264_

Date: _12 / 11 /_2018

**Additional Orders:**

Counsel are encouraged to discuss settlement possibilities before the 2019 Cherry Sale Season